**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000329**
**18-JUL-2025**
**08:38 AM**
**Dkt. 38 OAWST**

NO. CAAP-24-0000329

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


KIMBERLEY PA; CHAD COSTA; and YA-FEN LAWRENCE,
Plaintiffs-Appellants, v.
GINO E. CECCHETTO; MICHELLE K. BANAGAN;
PROVIDENT FUNDING ASSOCIATES, L.P.; DARWIN W. PAGETT and
SONIA E. PAGETT, Individually and as Trustees of the Pagett
Family Revocable Trust dated May 25, 2012;
MATRIX FINANCIAL SERVICES CORPORATION; BANK OF AMERICA, N.A.;
and DOE DEFENDANTS 1-50, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-20-0000441)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal (Stipulation), filed June 21, 2025, by Plaintiffs-Appellants Kimberly Pa (Pa), Chad Costa (Costa), and Ya-Fen Lawrence (Lawrence), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Pa, Costa, Lawrence, Defendants/Crossclaimants/Third-Party Plaintiffs-Appellees Gino E. Cecchetto and Michelle K. Banagan, and Defendant/Crossclaimant-Appellee Provident Funding Associates L.P. stipulate to dismiss the appeal with prejudice and bear their own fees and costs; (3) the Stipulation is signed by

counsel for all appearing parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own fees and costs.

DATED:  Honolulu, Hawaiʻi, July 18, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge